

186 So.2d 631

**Emmett Kennie ROY et ux.,
Applying for Adoption,**

**v.**

**Clifton Frank SPEER.**

No. 48207.

June 7, 1966.

In re: Emmett Kennie Roy and Hazel Marie Roy for adoption of Kathy Marie Roy applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Avoyelles. 184 So.2d 796.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

McCALEB, J., thinks that the application should be granted.

HAWTHORNE, Justice.

Under the facts found by the Commission, which are binding upon the Courts, I think the opinion of the Court of Appeal should be reviewed by this Court. The application should be granted.

186 So.2d 631

186 So.2d 631

**In re: Investigation of Possible Violation of the Civil Service Law and Rules by E. D. WINGATE, Sarah Margaret Dixon, H. P. Walker and Other Present or Former Officers or Employees of the Casualty and Surety Division of the Louisiana Insurance Rating Commission.**

No. 48178.

June 8, 1966.

**STATE of Louisiana**

**v.**

**Roy KIRK.**

No. 48247.

June 8, 1966.

In re: Roy Kirk applying for writs of certiorari, mandamus and prohibition.

Writ refused. The ruling of the trial judge is correct.